D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LEAH SUE CHISM,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 6:16-CV-01106-AC<br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES |

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount $6,017.25 pursuant to the Equal Access to Justice Act, 28 U.S.C. '2412 . Plaintiff's EAJA fees which are not subject to any offset allowed under the Department of the Treasury's Offset Program, shall be made payable to D. James Tree, based upon Plaintiff's assignment of these amounts to Mr. Tree,

~~PROPOSED~~ ORDER FOR ATTORNEY FEES 1 [6:16-CV-01106-AC]

and that any check for EAJA fees shall be mailed to Mr. Tree at 3711 Englewood Avenue, Yakima, WA 98902, or direct deposited into the Tree Law Office account.

Dated: March 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

DATED this 5th day of March, 2018.

                                        Respectfully submitted,

                                        s/ D. JAMES TREE, WSBA #16976
                                        Attorney for Plaintiff
                                        3711 Englewood Avenue
                                        Yakima, Washington 98902
                                        Telephone: (509) 452-1700
                                        Fax: (509) 577-9109